OELBERMAN *et al.* *v.* ROSENBAUM.

(*Supreme Court, Special Term, New York County.* November 26, 1888.)

COSTS—TRIAL FEE—DISCONTINUANCE.
　　Where a motion to discontinue an action which has been placed on the day-calendar is granted, before trial, on the payment by plaintiff of the costs that have accrued, the taxation of a trial fee as a part of such costs is improper.

After issue was joined in this action, and the cause was placed on the day-calendar, and several adjournments were had, the plaintiff obtained leave to discontinue, on the payment of the accrued costs. An order was entered taxing such costs, one of the items included being a trial fee of $30. Plaintiff moved for a retaxation, on the ground that such item was improper.

*Hughes & Cravath*, for plaintiffs. *Klebisch & Marks*, for defendant.

LAWRENCE, J. Unless the defendant can show that the decision of the general term of this department, in *Sutphen* v. *Lash*, 10 Hun, 120, has been modified or reversed, I must hold that the defendant is not entitled to a trial fee.